# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BETTER BETS VENTURES, LLC, | : No. 600 MAL 2023 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| PENNSYLVANIA GAMING CONTROL | : |
| BOARD, | : |
| | : |
| Petitioner | : |
| | |
| MICHAEL BROZZETTI, | : No. 601 MAL 2023 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| PENNSYLVANIA GAMING CONTROL | : |
| BOARD, | : |
| | : |
| Petitioner | : |
| | |
| FRANK BROZZETTI, | : No. 602 MAL 2023 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| PENNSYLVANIA GAMING CONTROL | : |
| BOARD, | : |
| | : |
| Petitioner | : |
| | |
| LENDELL GAMING, LLC, | : No. 603 MAL 2023 |
| | : |
| Respondent | : |

|  |  | : | Petition for Allowance of Appeal |
| | v. | : | from the Order of the |
| | | : | Commonwealth Court |
| | | : | |
| | | : | |
| PENNSYLVANIA GAMING CONTROL | | : | |
| BOARD, | | : | |
| | | : | |
| | Petitioner | : | |

| | | : | |
| RICHARD TEITELBAUM, | | : | No. 604 MAL 2023 |
| | | : | |
| | Respondent | : | |
| | | : | Petition for Allowance of Appeal |
| | | : | from the Order of the |
| | v. | : | Commonwealth Court |
| | | : | |
| | | : | |
| | | : | |
| PENNSYLVANIA GAMING CONTROL | | : | |
| BOARD, | | : | |
| | | : | |
| | Petitioner | : | |


## ORDER


**PER CURIAM**

    **AND NOW**, this 29th day of April, 2024, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

(1) Did the Commonwealth Court err in ruling, contrary to previous holdings by both the Commonwealth Court and Supreme Court, that the Board is not entitled to deference in determining whether an applicant has the requisite "good character, honest, and integrity" to be licensed by the Board?